No. 69101.—Zenith Novelty Co. v. United States, protest 64/12139 (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of plastic feeders or fountains similar in all material

respects to those the subject of Abstract 67011, the claim of the plaintiff was sustained.